UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASON GRANT, ALLISON TAGGART, LISA PETERSON, and SAMANTHA LYONS,<br><br>    Plaintiffs,<br><br>v.<br><br>TRIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS, BEVERLY J. CANNONE, in her official capacity as Justice of the Superior Court, GEOFFREY NOBLE, as Superintendent of the Massachusetts State Police; MICHAEL d'ENTREMONT, in his official capacity as Chief of the Police Department of the Town of Dedham, Massachusetts, and MICHAEL W. MORRISSEY, in his official capacity as the Norfolk County District Attorney,<br><br>    Defendants. | Civil Action No. _____<br><br>**PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND FOR A PRELIMINARY INJUNCTION OR, IN THE ALTERNATIVE, AN INJUNCTION PENDING APPEAL**<br><br>[ORAL ARGUMENT REQUESTED] |

    Judge Beverly Cannone committed a lawless act, issuing an *ex parte* order against non-parties outside her jurisdiction in an effort to restrain their First Amendment right to engage in peaceful speech. Plaintiffs Jason Grant, Allison Taggard, Lisa Peterson, and Samantha Lyons hereby move this Honorable Court, pursuant to Fed. R. Civ. P. 65, for a temporary restraining order and for a preliminary injunction or, in the alternative, per Fed. R. Civ. P. 62(d), for an injunction pending appeal, enjoining the Order of March 25, 2025, issued by Judge Beverly J. Cannone, Justice of the Superior Court of Massachusetts, Norfolk County, in the matter of *Commonwealth v. Karen Read,* and enjoining Defendants Trial Court of the Commonwealth of Massachusetts, Beverly J. Cannone, in her official capacity as Justice of the Superior Court, Geoffrey Noble, as Superintendent of the Massachusetts State Police; Michael D'Entremont, in his official capacity as Chief of the Police Department of the Town of Dedham, Massachusetts,

- 1 -

Plaintiffs' Motion for a Temporary Restraining Order and for a Preliminary Injunction or, in the Alternative, an Injunction Pending Appeal

RANDAZZA | LEGAL GROUP

and Michael W. Morrissey, in his official capacity as the Norfolk County District Attorney, from enforcing the said order. The order is an unconstitutional prior restraint and content-based infringement on Plaintiffs' First Amendment right to speak and it was issued against Plaintiffs in the absence of due process, without opportunity to be heard, without authority, and outside Judge Cannone's jurisdiction. In support hereof, Plaintiffs refer to the accompanying memorandum and exhibits, incorporated herein by reference.

Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certify that they attempted in good faith to confer with Defendants to narrow the issues in this motion prior to filing, but were unable to do so.

WHEREFORE Plaintiffs respectfully request that this Honorable Court issue a temporary restraining order and, thereupon, a preliminary injunction, enjoining the order and the enforcement thereof or, in the alternative, enjoin such on appeal if this request is denied.

### REQUEST FOR ORAL ARGUMENT

Plaintiffs believe that oral argument may assist the court. This matter involved significant Constitutional issues that oral argument will help to address.

Dated: April 1, 2025.                           Respectfully Submitted,

/s/ Marc J. Randazza
Marc J. Randazza, BBO# 651477                   Mark Trammell
mjr@randazza.com, ecf@randazza.com              (*Pro Hac Vice* Forthcoming)
Jay M. Wolman, BBO# 666053                      Center for American Liberty
jmw@randazza.com                                P.O. Box 200942
RANDAZZA LEGAL GROUP, PLLC                      Pittsburgh, PA 15251
30 Western Avenue                               Tel: (703) 687-6200
Gloucester, MA 01930                            MTrammell@libertyCenter.org
Tel: (978) 801-1776

*Attorneys for Plaintiffs.*