# Exhibit B

Town of Dedham Police Community Notification


**Michael d'Entremont**
Chief of Police

📞 781-751-9300
📍 26 Bryant Street, Dedham, MA 02026
🌐 www.dedham-ma.gov/police

March 31, 2025

## Community Notification - Commonwealth vs. Karen Read Trial

On Tuesday April 1, 2025, the Commonwealth vs. Karen Read trial is scheduled to begin at the Norfolk County Superior Court located at 650 High Street in Dedham.

This case continues to attract a significant amount of attention in the media, on social media and at the Courthouse during case related events.

Through multi-agency collaboration, a plan has been formulated to provide for the safety and security for all in and around the trial venue.

The Justice on this case has issued a **Memorandum of Decision and Order on Commonwealth's Motion for Buffer Zone and Order Prohibiting Signs or Clothing in Favor of Either Party or Law Enforcement**.  A copy of this order is attached.  Please note that the buffer zone as articulated in the Order has expanded westerly of the Superior Court as compared to during the first trial of this case.  Police Officers will be visible in and around the buffer zone to monitor for compliance with the Order.  A designated peaceful demonstration area outside of the buffer zone will be reserved in the Keystone parking lot on Eastern Ave, closest to the intersection of Providence Highway and Eastern Ave.  We ask anyone who may plan on peacefully protesting to read and comply with the court order.  The beginning of the buffer zone on public ways will be marked with signage to inform members of the public.

Norfolk Street will be closed during trial-related activity at the Courthouse between Court Street and Pearl Street.  Pearl Street may be closed intermittently throughout the trial.  There are no other planned road or sidewalk closures at this time.  Roadways, sidewalks and businesses will remain open to members of the public as usual.

We anticipate that there will be an increase in activity in the area during this trial.  We urge all to exercise patience when traversing the area.  If you need a place to park, please park in legal parking spaces and in compliance with posted restrictions.

**The mission of the Dedham Police Department is to protect and serve the citizens of Dedham through collaboration, preventative programs and the judicious enforcement of the laws of the Commonwealth of Massachusetts and the by-laws of the Town of Dedham.**