UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASON GRANT, ALLISON TAGGART, LISA PETERSON, and SAMANTHA LYONS,<br><br>    Plaintiffs,<br><br>    v.<br><br>TRIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS, BEVERLY J. CANNONE, in her official capacity as Justice of the Superior Court, GEOFFREY NOBLE, as Superintendent of the Massachusetts State Police; MICHAEL d'ENTREMONT, in his official capacity as Chief of the Police Department of the Town of Dedham, Massachusetts, and MICHAEL W. MORRISSEY, in his official capacity as the Norfolk County District Attorney,<br><br>    Defendants. | Civil Action No. 1:25-cv-10770-MJJ |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, although previously identified on all filings, for ECF purposes, Attorney Jay M. Wolman hereby enters his appearance on behalf of Plaintiffs in this matter as follows:

> Jay M. Wolman, BBO# 666053
> jmw@randazza.com
> RANDAZZA LEGAL GROUP, PLLC
> 30 Western Avenue
> Gloucester, MA 01930
> Tel: (978) 801-1776

Attorney Marc Randazza remains lead counsel and is designated the individual attorney who is authorized to receive all notices in this case.

Dated: April 2, 2025.

Respectfully Submitted,

/s/ Jay M. Wolman
Jay M. Wolman, BBO# 666053
jmw@randazza.com
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (978) 801-1776

*Attorneys for Plaintiffs.*