UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASON GRANT, ALLISON TAGGART, LISA PETERSON, and SAMANTHA LYONS,<br><br>    Plaintiffs,<br><br>v.<br><br>TRIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS, BEVERLY J. CANNONE, in her official capacity as Justice of the Superior Court, GEOFFREY NOBLE, as Superintendent of the Massachusetts State Police; MICHAEL d'ENTREMONT, in his official capacity as Chief of the Police Department of the Town of Dedham, Massachusetts, and MICHAEL W. MORRISSEY, in his official capacity as the Norfolk County District Attorney,<br><br>    Defendants. | Civil Action No. 1:25-cv-10770-MJJ<br><br><br>**NOTICE OF SUPPLEMENTAL EXHIBIT AND REQUEST FOR JUDICIAL NOTICE** |

In further support of their motion for a temporary restraining order/preliminary injunction, Plaintiffs submit the below image as a further exhibit:



- 1 -
Notice of Supplemental Exhibits and Request for Judicial Notice
Civil Action No. 1:25-cv-10770-MJJ

Such image depicts protestor Jose Briceno outside the Moakley Courthouse on March 4, 2015, on the first day of the trial in *United States v. Tsarnaev,* Case No. 1:13-cr-10200-GAO (D. Mass.). See **Exhibit A**.[1]

Further, Plaintiffs request this Honorable Court take notice of Judge O'Toole's Order of Dec. 30, 2014, in the *Tsarnaev* case (docketed at ECF No. 1062 therein), denying the Motion to Protect Defendant from Prejudicial Effects of "Supporters'" Demonstrations at Courthouse (ECF No. 791 therein), in which the defendant sought the Court direct the U.S. Marshals Service to "take all reasonable measures to ensure that no public demonstrations in the vicinity of the Joseph R. Moakley United States Courthouse regarding the merits of this case are permitted to affect the fairness of the proceedings" with specific attention to alleged "insulting and inflammatory messages" by demonstrators. Judge O'Toole, in considering the motion (Transcript at 80:3-81:10, ECF No. 988-1 therein), specifically cited to *McCullen v. Coakley*, 573 U.S. 464 (2014), noting that *McCullen* invalidated a 35-foot buffer zone, and denied the buffer zone requested, even though it was argued to be content-neutral, against demonstrators of all flavors, in furtherance of the right to a fair trial.

Dated: April 11, 2025.                Respectfully Submitted,

/s/ Marc J. Randazza
Marc J. Randazza, BBO# 651477
mjr@randazza.com, ecf@randazza.com
Jay M. Wolman, BBO# 666053
jmw@randazza.com

---

[1] *Defense Admits Tsarnaev Carried Out Boston Marathon Bombing,* Fayetteville Observer (Mar. 4, 2015), available at https://www.fayobserver.com/story/news/nation-world/2015/03/04/defense-admits-tsarnaev-carried-out/22237157007/

Randazza Legal Group, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (978) 801-1776

Mark. Trammell
(*Pro Hac Vice*)
Center for American Liberty
P.O. Box 200942
Pittsburgh, PA 15251
Tel: (703) 687-6200
MTrammell@libertyCenter.org

*Attorneys for Plaintiffs.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2025 the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

/s/ Marc J. Randazza
Marc J. Randazza