# **EXHIBIT A**

*Defense admits Tsarnaev carried out Boston Marathon bombing*

FAYETTEVILLE OBSERVER (Mar. 4, 2015)

MARKETPLACE
Search For & Place Classifieds

The Fayetteville Observer

SUBSCRIBE NOW
$1 for 1 Month

[ News ]  Sports  Weekender  Lifestyle  Advertise  Opinion  Obituaries  eNewspaper  Legals  Subscribe  Sign In

Advertisement - scroll for more content

NATION-WORLD

# Defense admits Tsarnaev carried out Boston Marathon bombing

The Associated Press
Published 11:01 p.m. ET March 3, 2015 | Updated 9:28 a.m. ET March 4, 2015



A federal police officer stands near protestor Jose Briceno, right, outside federal court Wednesday, March 4, 2015, in Boston on the first day of Boston Marathon Bombing suspect Dzhokhar Tsarnaev's federal death penalty trial. Tsarnaev is charged with conspiring with his brother to place two bombs near the marathon finish line in April 2013, killing three and injuring 260 people. *The Fayetteville Observer*

BOSTON - The question, for all practical purposes, is no longer whether Dzhokhar Tsarnaev took part in the Boston Marathon bombing. It's whether he deserves to die for it.

In a startling opening statement at the nation's biggest terrorism trial in nearly 20 years, Tsarnaev's own lawyer told a jury that the 21-year-old former college student committed the crime.

"It WAS him," said defense attorney Judy Clarke, one of the nation's foremost death-penalty specialists.

But in a strategy aimed at saving Tsarnaev from a death sentence, she argued that he had fallen under the influence of his now-dead older brother, Tamerlan.

More Stories


911 records reveal new details in the Green Beret murder investigation
NEWS


Wife arrested in Cumberland County killing of ex-Green Beret husband
NEWS


People in West Hartford are Loving Martha Stewart's Meal Kit
Marley Spoon | Sponsored Links

We're always working to improve your experience. Let us know what you think.

"The evidence will not establish and we will not argue that Tamerlan put a gun to Dzhokhar's head or that he forced him to join in the plan," Clarke said, "but you will hear evidence about the kind of influence that this older brother had."

Federal prosecutors used their opening statements - along with chilling video and testimony from witnesses - to paint Tsarnaev as a cold-blooded killer and sketch a grisly picture of torn limbs, screams and the smell of sulfur and burned hair in the streets.

Tsarnaev planted a bomb designed to "tear people apart and create a bloody spectacle," then hung out with his college buddies as if he didn't have a care in the world, federal prosecutor William Weinreb said.

"He believed that he was a soldier in a holy war against Americans," Weinreb said. "He also believed that by winning that victory, he had taken a step toward reaching paradise. That was his motive for committing these crimes."

Three people were killed and more than 260 hurt when two shrapnel-packed pressure-cooker bombs exploded near the finish line on April 15, 2013. Tsarnaev, then 19, is accused of carrying out the attacks with 26-year-old Tamerlan, who was killed in a shootout and getaway attempt days later.

A shaggy-haired, goateed Tsarnaev slouched in his seat and showed no reaction as Weinreb spoke, not even when the prosecutor described how Tsarnaev ran over his brother with a stolen Mercedes and dragged the body 50 feet during the getaway.

Advertisement

Advertisement

About two dozen victims, including Heather Abbott, who lost a leg in the attack, took up one entire side the courtroom, listening somberly to accounts of the carnage. Several hung their heads and appeared to fight back tears.

Prosecutors contend the brothers - ethnic Chechens who arrived from Russia more than a decade ago - were driven by anger over U.S. wars in Muslim lands.

Because of a wealth of evidence against the younger brother - including a video of him leaving a backpack at the scene, and incriminating graffiti scrawled on the boat where he was captured - legal experts have said there is little chance of escaping conviction during the guilt-or-innocence phase of the trial.

Instead, they said, Tsarnaev's lawyers will concentrate on saving his life by arguing that the radicalized Tamerlan was the driving force in the plot.

Clarke, in an opening statement that took less than 20 minutes, called the bombings "senseless, horribly misguided acts." But she asked the jurors to "hold your hearts and minds open" until the penalty phase, when the panel will decide whether Tsarnaev should be executed or get life in prison.

She held up two enlarged photos - one showing the two brothers years before the bombings, the other showing them carrying the backpacks containing the explosives - and asked the jury to contemplate: "What took Dzhokhar Tsarnaev from this ... to this?"

In an apparent attempt to show that the attack was calculated for maximum carnage, prosecutors called as the trial's first witness Thomas

Grilk, executive director of the Boston Athletic Association, which oversees the 118-year-old marathon.

Grilk said that up to a half-million spectators turn out for the race each year, with people lining the streets in cities and towns along the 26.2-mile course and huge crowds near the finish line in Boston.

Sean O'Hara, manager of a sporting goods store near where the bomb blew up, choked back tears as he described smelling burned hair and seeing wounded people streaming into the shop.

"I heard a voice of someone saying, 'Stay with me, stay with me,'" O'Hara said, his voice cracking.

Advertisement

The jury watched video from the store's surveillance cameras showing O'Hara and other employees ripping clothing from the racks for use as tourniquets and rushing outside to help the victims.

The prosecutor also described how 8-year-old Martin Richard stood on a metal barrier with other children so he could get a good view of the runners.

"The bomb tore large chunks of flesh out of Martin Richard," and the boy bled to death on the sidewalk as his mother looked on helplessly, Weinreb told the jury, with the youngster's parents in the courtroom.

Right up until the moment the jury filed into the courtroom, Tsarnaev's lawyers fought to have the trial moved out of Massachusetts, arguing that the emotional impact of the bombings ran too deep and too many people had personal connections to the case. But U.S. District Judge George O'Toole Jr. and a federal appeals court rejected the requests.

The panel of 10 women and eight men was chosen Tuesday after two long months of jury selection, interrupted repeatedly by snowstorms and the requests to move the trial, which is expected to last three to four months.

Advertisement

The case is the most closely watched terrorism trial in the U.S. since the Oklahoma City bombing case in the mid-1990s.

Clarke has saved a string of high-profile clients from the death penalty, including Atlanta Olympics bomber Eric Rudolph; Unabomber Ted Kaczynski; and Jared Loughner, who killed six people and gravely wounded then-Rep. Gabrielle Giffords in a 2011 shooting in Tucson, Arizona.



**Amazon Is Losing Money as Connecticut Shoppers Are Canceling Prime for This Clever Hack**
This simple trick can save tons of money on Amazon, but most Prime …

**Neurologists Amazed: These Barefoot Shoes Help Seniors Lose Weight and Live a Life with Less Pain**
Barefoot Shoes are the Ultimate Weight Loss Tool for 2025.

**Amazon Is Losing Money as Connecticut Shoppers Are Cancelling Prime for This Clever Hack**
This simple trick can save tons of money on Amazon, but most Prime …

**Connecticut Power Companies Are Begging Homeowners Not To Do This**
If you pay more than $99/month for power, you probably qualify for this …
Energy Bill Saver | Ad

**Seniors Born 1941-1979 Receive 7 Benefits This Month If They Ask**
SeniorDealToday | Ad

**Hollywood Actress Leaks Weight Loss Trick, Gets Fired!**
Make this 25-second trick at Home every morning!
Your Healt… | Ad    Learn More


**These Shoes Changed My Life [Ridiculously Comfortable]**
Wolf & Shepherd | Ad    Learn More


**Stop Moisturizing Crepe Skin! Tighten Skin With This DIY Trick Instead**
Miami MD | Ad


**Sore Knees After 60 Comes Down To 1 Thing (Stop Doing This)**
Arthrozene | Ad    Learn More


**Connecticut: New Rule For Cars Driven Less Than 50 Miles A Day**
Financebuzz | Ad    Learn More

## Deal of the Day


**How Does Heidi Klum Shave? Save 10% On The Supermodel's Shave Kit**
USA TODAY NETWORK


**Don't Wait! G/Fore Just Dropped A Limited-Edition Golf Shoe**
USA TODAY NETWORK

Recommendations are independently chosen by our editors. Purchases you make through our links may earn us a commission.

Advertisement

© 2025 www.fayobserver.com. All rights reserved.