# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASON GRANT, ALLISON TAGGART, LISA PETERSON, and SAMANTHA LYONS,<br><br>    Plaintiffs,<br><br>v.<br><br>TRIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS, BEVERLY J. CANNONE, in her official capacity as Justice of the Superior Court, GEOFFREY NOBLE, as Superintendent of the Massachusetts State Police; MICHAEL d'ENTREMONT, in his official capacity as Chief of the Police Department of the Town of Dedham, Massachusetts, and MICHAEL W. MORRISSEY, in his official capacity as the Norfolk County District Attorney,<br><br>    Defendants. | Civil Action No. 1:25-cv-10770-MJJ |

## **PLAINTIFFS' EMERGENCY MOTION FOR CLARIFICATION**

On April 11, 2025, the Court issued a Memorandum and Order (ECF No. 28) regarding Plaintiffs' motion for a temporary restraining order and for a preliminary injunction (ECF No. 2). However, the Order is unclear. On Page 2, the Court says "I DENY Plaintiffs' Motion." That may mean it is denied in its entirety. On the other hand, the Conclusion only uses the term "Temporary Restraining Order" as does the caption.

What happens next turns on knowing precisely what the Court did. If the Court denied the motion in its entirety, Plaintiffs will, naturally, take an immediate appeal. If not, then Plaintiffs need the matter set immediately for a hearing on their requested preliminary injunction.

Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certify that they attempted in good faith to confer with Defendants to narrow the issues in this motion prior to filing, but were unable to do so.

WHEREFORE Plaintiffs respectfully request this Honorable Court clarify whether it denied the motion (ECF No. 2) in whole or, alternately, set it for hearing on preliminary injunction forthwith.

Dated: April 11, 2025.

Respectfully Submitted,

/s/ Marc J. Randazza
Marc J. Randazza, BBO# 651477
mjr@randazza.com, ecf@randazza.com
Jay M. Wolman, BBO# 666053
jmw@randazza.com
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (978) 801-1776

*Attorneys for Plaintiffs.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2025, the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

/s/ Marc J. Randazza
Marc J. Randazza