UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASON GRANT, ALLISON TAGGART, LISA PETERSON, and SAMANTHA LYONS,<br><br>                   Plaintiffs,<br><br>             v.<br><br>TRIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS, BEVERLY J. CANNONE, in her official capacity as Justice of the Superior Court, GEOFFREY NOBLE, as Superintendent of the Massachusetts State Police; MICHAEL d'ENTREMONT, in his official capacity as Chief of the Police Department of the Town of Dedham, Massachusetts, and MICHAEL W. MORRISSEY, in his official capacity as the Norfolk County District Attorney,<br><br>                   Defendants. | Civil Action No. 1:25-cv-10770-MJJ<br><br>**PLAINTIFFS' EMERGENCY MOTION FOR INJUNCTION PENDING APPEAL** |

NOW COME Plaintiffs Jason Grant, Allison Taggart, Lisa Peterson, and Samantha Lyons, and, pursuant to Fed. R. Civ. P. 62(d) & Fed. R. App. P. 8(a)(1) hereby move this Honorable Court, on an emergency basis, for an injunction of Judge Cannone's Order of March 25, 2025, establishing a "buffer zone" in connection with the Karen Read trial, and the enforcement thereof, pending the appeal of the Orders of April 11, 2025 (ECF Nos. 38 & 40) denying Plaintiffs' request for preliminary injunction as to the same.

This Motion is brought on an emergency basis, because every day of the First Amendment being unlawfully suppressed in Dedham, Massachusetts is irreparable harm. *See Elrod v. Burns*, 427 U.S. 347, 373 (1976) ("The loss of First Amendment freedoms, even for minimal periods of time, unquestionably constitutes irreparable harm"). Hearing a motion in the ordinary course would be futile and delay the ability of the Plaintiffs to seek an injunction pending appeal from the First Circuit.

In support hereof, Plaintiff refers to the accompanying memorandum, incorporated by reference herein. Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certify that they attempted in good faith to confer with Defendants to narrow the issues in this motion prior to filing, but were unable to do so.

WHEREFORE Plaintiffs respectfully request this Honorable Court enjoin the state court order and the enforcement thereof pending appeal.

Dated: April 17, 2025.                                     Respectfully Submitted,

/s/ Marc J. Randazza
Marc J. Randazza, BBO# 651477
mjr@randazza.com, ecf@randazza.com
Jay M. Wolman, BBO# 666053
jmw@randazza.com
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (978) 801-1776

Mark. Trammell
(*Pro Hac Vice*)
Center for American Liberty
P.O. Box 200942
Pittsburgh, PA 15251
Tel: (703) 687-6200
MTrammell@libertyCenter.org

*Attorneys for Plaintiffs.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2025 the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

/s/ Marc J. Randazza
Marc J. Randazza