UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 25-cv-10770-MJJ

| | |
|---|---|
| JASON GRANT, ALLISON TAGGART, LISA PETERSON, and SAMANTHA LYONS, <br><br> Plaintiffs, <br><br> v. <br><br> TRIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS, BEVERLY J. CANNONE, in her official capacity as Justice of the Superior Court, GEOFFREY NOBLE, as Superintendent of the Massachusetts State Police, MICHAEL d'ENTREMONT, in his official capacity as Chief of Police Department of the Town of Dedham, Massachusetts, and MICHAEL W. MORRISSEY, in his official capacity as the Norfolk County District Attorney, <br><br> Defendants. | |

**PARTIES' JOINT MOTION FOR A STAY PENDING**
**RESOLUTION OF INTERLOCUTORY APPEAL**

The parties jointly move for a stay pending resolution of the interlocutory appeal of the the Court's order denying Plaintiffs' motion for preliminary injunctive relief for the following reasons:

1. On April 11, 2025, the Court entered its orders denying Plaintiffs' motion for a temporary restraining order and Plaintiffs' request for a preliminary injunction.

2. On April 17, 2025, Plaintiffs filed their Notice of Appeal appealing the Court's orders to the United States Court of Appeals for the First Circuit. That appeal has been docketed as Case No. 25-1380.

1

3. The parties agree that a stay of proceedings in this Court would be beneficial to this Court and the parties. Courts frequently stay cases when interlocutory appeals are pending. This makes sense because the guidance received from the appellate court will probably have a direct impact on discovery and further proceedings in this Court. The court will thus conserve its and the parties' resources and promote judicial economy through such a stay.

4. Accordingly, the parties respectfully request the Court to stay further proceedings in this matter pending resolution of the pending appeal.

                Respectfully submitted,

                ANDREA JOY CAMPBELL
                ATTORNEY GENERAL

                /s/ John R. Hitt
                _____

Dated: April 18, 2025

                Thomas Bocian, BBO # 678307
                John R. Hitt, BBO# 567235
                Gabriel Thornton, BBO # 674402
                Emily Rothkin, BBO # 711591
                Emily Swanson, BBO #711679
                Assistant Attorneys General
                Office of the Attorney General
                One Ashburton Place
                Boston, MA 02108-1698
                (617) 727-2200
                thomas.bocian@mass.gov
                john.hitt@mass.gov
                gabriel.thornton@mass.gov
                emily.rothkin@mass.gov
                emily.swanson@mass.gov

                FOR PLAINTIFFS

                /s/ Marc J. Randazza
                Marc J. Randazza, BBO #651477
                mjr@randazza.com, ecf@randazza.com
                Jay W. Wolman, BBO #666053
                jmw@randazz.com
                Randazza Legal Group, PLLC

30 Western Ave.
Gloucester, MA 01930
(978) 801-1776

Mark Trammell
(Pro Hac Vice)
Center for American Liberty
PO Box 200942
Pittsburgh, PA 15251
(703) 687-6200
mtrammell@libertycenter.org

CHIEF OF POLICE FOR THE TOWN OF DEDHAM

MICHAEL d' ENTREMONT,
By his attorneys,


/s/ Janelle M. Austin
Lauren F. Goldberg (BBO# 631013)
Janelle M. Austin (BBO# 666835)
KP Law, P.C.
  Town Counsel
101 Arch Street, 12th Floor
Boston, MA 02110-1109
(617) 556-0007
lgoldberg@k-plaw.com
jaustin@k-plaw.com



**CERTIFICATE OF SERVICE**

I hereby certify that I have today, April 18, 2025, served this Motion by ECF.

                                        */s/ John R. Hitt*
                                        Assistant Attorney General
                                        Massachusetts Attorney General's Office