# **<u>Exhibit A</u>**

# Declaration of Erica Walsh

Doc ID: 6c3c9072e9cc0268c33d6aa2073fc5c41ac4d769

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASON GRANT, ALLISON TAGGART, LISA PETERSON, and SAMANTHA LYONS,<br><br>Plaintiffs,<br><br>v.<br><br>TRIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS, BEVERLY J. CANNONE, in her official capacity as Justice of the Superior Court, GEOFFREY NOBLE, as Superintendent of the Massachusetts State Police; MICHAEL d'ENTREMONT, in his official capacity as Chief of the Police Department of the Town of Dedham, Massachusetts, and MICHAEL W. MORRISSEY, in his official capacity as the Norfolk County District Attorney,<br><br>Defendants. | Civil Action No. 1:25-cv-10770-MJJ |

## DECLARATION OF ERICA WALSH

I, Erica Walsh, hereby declare:

1. I am over 18 years of age and have never been convicted of a crime involving fraud or dishonesty. I have knowledge of the facts set forth herein, and if called as a witness, could and would testify thereto.

2. On Friday, May 9, 2025, I was within the buffer zone created by the order of Judge Cannone in the Karen Read case.

3. I had been there for several hours without incident.

4. During that period, I was wearing a sweatshirt that read "criminals control Norfolk County" and the logo "[mi cr od ots]".

5. The sweatshirt appears as below:



6. As I was leaving a bathroom and heading to my vehicle that was parked within the zone, I was surrounded by three unknown Massachusetts State Police officers.

7. The officers detained me, saying words to the effect of "you're not going anywhere."

8. At that point, one of the State Police officers stated he was going to charge me with a criminal offense for wearing the sweatshirt, saying words to the effect of "You're gonna catch a charge."

9. The officers then falsely asserted that I had been "warned" about the sweatshirt previously by Sgt. Hardman.

- 2 -
Declaration of Erica Walsh
Civil Action No. 1:25-cv-10770-MJJ

10. I had not, in fact, received any such warning.

11. However, at that point, I faced the dilemma of either continuing to wear the sweatshirt or remove it.

12. Due to familial obligations that evening, I could not afford to be arrested, so I removed the sweatshirt.

13. Below the sweatshirt, I was wearing a shirt that read "Journalism is not a crime" and "Free Turtleboy" and included the face of noted Massachusetts journalist Aidan Kearney a/k/a Turtleboy.

14. A model version of the shirt appears as follows:



15. I had asked an officer of the Dedham police whether this t-shirt was permitted within the buffer zone. He responded that he was not sure whether it was. Thus, in order to ensure I could get to my car without being arrested, I had no choice but to remove it and walk through the buffer zone clad only in a brassiere on top.

16. That is, I was forced to walk through Dedham looking as follows:



17.     On Monday, May 12, 2025, I was again wearing the sweatshirt in the buffer zone. As I was exiting for the day, while walking with a YouTube content creator/journalist, Sgt. Hardman accosted me and said words to the effect of "you're causing a …", though he never said what I was casing, and that I was "told about this," threatening me for having worn the sweatshirt.

18.     I believe the only reason I was not arrested by Sgt. Hardman for wearing the sweatshirt on May 12 was because an individual was filming the encounter.

19.     I am submitting this declaration in furtherance of injunctive relief against the buffer zone because it is being employed against citizens, including myself, merely for wearing clothing with words on it that state police officers do not like.

- 5 -

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated: 05 / 12 / 2025                                By:  *E Walsh* (signature)
                                                                    Erica Walsh

Doc ID: 6c3c9072e9cc0268c33d6aa2073fc5c41ac4d769