UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASON GRANT, ALLISON TAGGART, LISA PETERSON, and SAMANTHA LYONS,<br><br>Plaintiffs,<br><br>v.<br><br>TRIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS, BEVERLY J. CANNONE, in her official capacity as Justice of the Superior Court, GEOFFREY NOBLE, as Superintendent of the Massachusetts State Police; MICHAEL d'ENTREMONT, in his official capacity as Chief of the Police Department of the Town of Dedham, Massachusetts, and MICHAEL W. MORRISSEY, in his official capacity as the Norfolk County District Attorney,<br><br>Defendants. | Civil Action No. 1:25-cv-10770-MJJ |

## PLAINTIFFS' SUPPLEMENT TO STATUS REPORT

Plaintiffs supplement the Joint Status Report (ECF No. 61) filed earlier today in advance of the Status Conference. They wish to highlight that non-party Erica Walsh, who is functionally no different than Plaintiffs, was harassed this morning and arrested this afternoon. Walsh (*Walsh v. Noble*, Case No. 1:25-cv-11344-RGS), who was again forced from the buffer zone today for wearing a sweatshirt that merely said "Criminals Control Norfolk County."



When she re-entered the buffer zone while wearing the same sweatshirt, she was arrested for purportedly trespassing, even though she was on a public sidewalk where she had a lawful right to be:



Attorney Randazza attempted to obtain relief per Judge Cannone's Supplemental Order. See **Exhibit A**. However, Judge Cannone will not open her courtroom to hear him and the Clerk delayed, telling him that, for some reason, the Attorney General must be present. Thus, immediate relief under Judge Cannone's supplemental order cannot be had.

Dated: May 19, 2025.                    Respectfully Submitted,

/s/ Marc J. Randazza
Marc J. Randazza, BBO# 651477           Mark Trammell
mjr@randazza.com, ecf@randazza.com      (*Pro Hac Vice*)
Jay M. Wolman, BBO# 666053              Center for American Liberty
jmw@randazza.com                        P.O. Box 200942
RANDAZZA LEGAL GROUP, PLLC              Pittsburgh, PA 15251
30 Western Avenue                       Tel: (703) 687-6200
Gloucester, MA 01930                    MTrammell@libertyCenter.org
Tel: (978) 801-1776

                                        *Attorneys for Plaintiffs*.

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2025 the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

/s/ Marc J. Randazza
Marc J. Randazza