# Exhibit A

Emergency Request for Review

**NORFOLK, SS,**                           **SUPERIOR COURT DEPARTMENT**
                                                                              **NORFOLK SUPERIOR COURT**
                                                                                     **DOCKET NO. 2282CR0117**

**COMMONWEALTH**

**V.**

**KAREN READ**

---

### EMERGENCY REQUEST FOR REVIEW PER SUPPLEMENTAL ORDER REGARDING THE BUFFER ZONE

---

NOW COMES Erica Walsh, a citizen of the Commonwealth of Massachusetts, and pursuant to the court's May 15, 2025, Supplemental Order Regarding the Buffer Zone (Docket No. 692) requests immediate review of a restriction imposed by the Massachusetts State Police. The Court's Order says, in relevant part, "any person whose activity has been restricted by an officer enforcing this order may request review by a judge of the Superior Court, which request shall be heard as expeditiously as possible."

Specifically, Walsh was arrested for purportedly trespassing despite being on a public sidewalk, merely for wearing a sweatshirt that says "Criminals Control Norfolk County."



RANDAZZA | LEGAL GROUP

Walsh's First Amendment-protected activity was unlawfully restricted. Taking action against her merely for the contents of her sweatshirt, which did not interfere with the administration of justice or influence any trial participant, nor intended to do so, is a blatant violation of her rights. The trespass statute is a pretext—she had a lawful right to be present. She was arrested where she stood, allegedly trespassing:



In light of the foregoing, immediate review is required.

Dated: May 19, 2025.    Respectfully Submitted,

/s/ Marc J. Randazza
Marc J. Randazza, BBO# 651477
mjr@randazza.com, ecf@randazza.com
Jay M. Wolman, BBO# 666053
jmw@randazza.com
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (978) 801-1776

*Attorney for Erica Walsh*

RANDAZZA | LEGAL GROUP

- 3 -

DOCKET NO. 2282CR0117

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document was served upon all parties via the Court's efiling system.

/s/ Marc J. Randazza
Marc J. Randazza