# Exhibit A

Declaration of Jason Walsh

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASON GRANT, ALLISON TAGGART, LISA PETERSON, and SAMANTHA LYONS,<br><br>        Plaintiffs,<br><br>  v.<br><br>TRIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS, BEVERLY J. CANNONE, in her official capacity as Justice of the Superior Court, GEOFFREY NOBLE, as Superintendent of the Massachusetts State Police; MICHAEL d'ENTREMONT, in his official capacity as Chief of the Police Department of the Town of Dedham, Massachusetts, and MICHAEL W. MORRISSEY, in his official capacity as the Norfolk County District Attorney,<br><br>        Defendants. | Civil Action No. 1:25-cv-10770-MJJ |

### **DECLARATION OF JASON GRANT**

I, Jason Grant, hereby declare:

1. I am over 18 years of age and have never been convicted of a crime involving fraud or dishonesty. I have knowledge of the facts set forth herein, and if called as a witness, could and would testify thereto.

2. I am a Plaintiff in the above-captioned matter.

3. I make this Declaration in support of Plaintiffs' Supplemental Brief in Support of Preliminary Injunction.

4. On May 16, 2025, I sought to stand across the street from the Norfolk Superior Courthouse holding an American flag and a Bible verse: 2 Corinthians 3:17 ("Now the Lord is the Spirit, and Where the Spirit of the Lord is, There is Freedom"). I was threatened by the Massachusetts State Police and was barred from protesting with my sign.

5.      Below is a true and correct photograph of me holding the sign on May 16, 2025.



6.      **Exhibit B**, is a true and correct video of the arrest of Erica Walsh.  I am the person who filmed that video.

7.      Below is a true and correct still image from the video I took of Erica Walsh being arrested on May 19, 2025.



8. After the Supplemental Order Regarding the Buffer Zone issued, the Massachusetts State Police told me "nothing has changed" in regards to the buffer zone.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated: 05 / 20 / 2025                               By: _____
                                                         Jason Grant

Doc ID: f8ae8155bd45cc900cfaa6b4b4ec369d08a09f9a