# Exhibit B

## Video Exhibit
## Erica Walsh Arrest Video

***To be filed conventionally with the Clerk's Office.**