# **<u>Exhibit D</u>**

Video Exhibit
Derosier Video

## **\*To be filed conventionally with the Clerk's Office.**