**No. 1:25-cv-10770-MJJ**

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

JASON GRANT, ALLISON TAGGART,
LISA PETERSON, AND SAMANTHA LYONS,

*Plaintiffs,*

v.

TRIAL COURT OF THE COMMONWEALTH OF
MASSACHUSETTS, BEVERLY J. CANNONE,
GEOFFREY NOBLE, MICHAEL D'ENTREMONT,
AND MICHAEL W. MORRISSEY,

*Defendants.*

**MOTION OF FIRST AMENDMENT LAWYERS
ASSOCIATION; FOUNDATION FOR INDIVIDUAL RIGHTS
AND EXPRESSION; AND NATIONAL PRESS
PHOTOGRAPHERS ASSOCIATION
FOR LEAVE TO FILE AMICI CURIAE BRIEF IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

JOHN G. MATEUS, ESQ.
400 W. CUMMINGS PARK
SUITE 1725-119
WOBURN, MA 01801
JOHN@MATEUSLAW.COM
617-475-0158
BBO # 671181
Attorneys for Amici Curiae

RULE 7.1 DISCLOSURE STATEMENT

Undersigned counsel certifies, pursuant to Federal Rule of Civil Procedure 7.1, that *amicus curiae* First Amendment Lawyers Association (FALA) is not a publicly held corporation and does not have any parent corporation, and that no publicly held corporation owns 10 percent or more of any corporation's stock.

Undersigned counsel certifies, pursuant to Federal Rule of Civil Procedure 7.1, that *amicus curiae* Foundation for Individual Rights and Expression (FIRE) is not a publicly held corporation and does not have any parent corporation, and that no publicly held corporation owns 10 percent or more of any corporation's stock.

Undersigned counsel certifies, pursuant to Federal Rule of Civil Procedure 7.1, that *amicus curiae* National Press Photographers Association (NPPA) is not a publicly held corporation and does not have any parent corporation, and that no publicly held corporation owns 10 percent or more of any corporation's stock.

## MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE

The First Amendment Lawyers Association (FALA); the Foundation for Individual Rights and Expression (FIRE); and the National Press Photographers Association (NPPA) (collectively "proposed *amici*") respectfully move this Court for leave to file the accompanying amici curiae brief in support of Plaintiffs' motion for preliminary injunction. In support of this Motion, proposed *amici* state as follows:

1. FALA is a nonprofit organization comprised of attorneys across the United States with a shared commitment to preserving and advancing the rights guaranteed by the First Amendment. FIRE is a nonpartisan, nonprofit that defends the rights of all Americans to free speech and free thought—the essential qualities of liberty. NPAA is a 501(c)(6) nonprofit founded in 1946 to advocate for the rights of visual journalists, including photojournalists, videographers, and multimedia reporters. NPPA promotes the highest standards in visual journalism and works to protect its members' right to gather and disseminate news—particularly in public places where government efforts to limit press access can chill constitutionally protected activity.

2. At the virtual Zoom hearing before this District Court on May 19, 2025 the *amici* orally moved for permission to file this brief the Court granted it.

3. Proposed *amici* filed an *amici* brief in the First Circuit on this matter.

4. This matter involves questions of freedom of the press, freedom of peaceable assembly, and freedom of speech, all issues core to the mission of amici and vital to a free and fair society.

5. Plaintiffs are demonstrators directly affected by Judge Cannone's amended buffer zone order (the New Order). The Massachusetts State Police have undertaken to enforce the order broadly, using it to justify viewpoint discrimination and exclude independent journalists from the public sidewalks, precluding them from properly covering the Karen Read trial. The *amici* brief addresses the specific affront to the First Amendment and Due Process under the New Order and why enjoining it is in the public interest.

6. For the reasons set forth, *amici* respectfully request that this Court grant the instant motion for leave to file the proposed *amici curiae* brief.

Date: May 22, 2025.               Respectfully submitted,

/s/ John G. Mateus, Esq.
John G. Mateus, Esq.
400 W. Cummings Park
Suite 1725-119
Woburn, MA 01801
John@MateusLaw.com
617-475-0158
BBO # 671181
*Attorneys for Amici*

- 2 -

- 3 -

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rules of Civil Procedure, I certify that:

This motion contains 343 words, excluding the parts of the motion exempted.

This motion was prepared in a proportionately spaced typeface using Microsoft Word Times New Roman 14-point font.

ate: May 22, 2025.

>	/s/ John G. Mateus, Esq.
>	John G. Mateus, Esq.
>	400 W. Cummings Park
>	Suite 1725-119
>	Woburn, MA 01801
>	John@MateusLaw.com
>	617-475-0158
>	BBO # 671181
>	*Attorneys for Amici*

## CERTIFICATE OF SERVICE

The undersigned certifies that an electronic copy of this document was filed with the Clerk of the Court for the United States District Court for the District of Massachusetts using the CM/ECF system. The undersigned also certifies all parties in this case are represented by counsel who are registered CM/ECF users, and that service of the brief will be accomplished by the CM/ECF system.

Date: May 22, 2025.

/s/ XXX_____
Attorney

- 4 -