UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 25-cv-10770

| | |
|---|---|
| JASON GRANT, ALLISON TAGGART, LISA PETERSON, and SAMANTHA LYONS,<br><br>                Plaintiffs,<br><br>  v.<br><br>TRIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS, BEVERLY J. CANNONE, in her official capacity as Justice of the Superior Court, GEOFFREY NOBLE, as Superintendent of the Massachusetts State Police, MICHAEL d'ENTREMONT, in his official capacity as Chief of Police Department of the Town of Dedham, Massachusetts, and MICHAEL W. MORRISSEY, in his official capacity as the Norfolk County District Attorney,<br><br>                Defendants. | |

**WITHDRAWAL OF APPEARANCE
FOR THE TRIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS
AND JUSTICE BEVERLY J. CANNONE**

Please withdraw my appearance as counsel of record for the Trial Court of the Commonwealth of Massachusetts and Justice Beverly J. Cannone in the above-captioned action. An appearance has been entered on their behalf by Special Assistant Attorney General Robert Fisher. Undersigned counsel's appearance continues for Michael W. Morrissey and Geoffrey Noble in their official capacities.

Respectfully submitted,

/s/ Gabriel T. Thornton
Gabriel T. Thornton (BBO # 674402)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts  02108
(617) 727-2200, ext. 2225
gabriel.thornton@mass.gov

Dated:  June 12, 2025

### CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system on June 12, 2025, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).  There are no non-registered participants involved in this case.

/s/ Gabriel T. Thornton
Gabriel T. Thornton