UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 1:25-CV-10770-MJJ

| | |
|---|---|
| JASON GRANT, ALLISON TAGGART, LISA PETERSON, AND SAMANTHA LYONS,<br><br>    PLAINTIFFS<br><br>V.<br><br>TRIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS, BEVERLY J. CANNONE, IN HER OFFICIAL CAPACITY AS JUSTICE OF THE SUPERIOR COURT, GEOFFREY NOBLE, AS SUPERINTENDENT OF THE MASSACHUSETTS STATE POLICE, MICHAEL D'ENTREMONT, IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE DEPARTMENT OF THE TOWN OF DEDHAM, MASSACHUSETTS, AND MICHAEL W. MORRISEY, IN HIS OFFICIAL CAPACITY AS THE NORFOLK COUNTY DISTRICT ATTORNEY<br><br>    DEFENDANTS. | STIPULATION OF DISMISSAL AS TO CLAIMS AGAINST DEFENDANT TOWN OF DEDHAM CHIEF OF POLICE MICHAEL d'ENTREMONT |

Now come the plaintiffs to the above-captioned action, pursuant to Fed.R.Civ.P. 41(a)(1)(i) and hereby stipulate and agree that the above-captioned case and all claims set forth therein only with respect to Defendant Town of Dedham Chief of Police Michael d'Entremont be dismissed without prejudice, without interest, costs or attorneys' fees, waiving all further rights of appeal.

[*Signature page to follow*]

2

| PLAINTIFFS, | DEFENDANT, |
|---|---|
| JASON GRANT, ALLISON TAGGART, LISA PETERSON, AND SAMANTHA LYONS | TOWN OF DEDHAM CHIEF OF POLICE MICHAEL d'ENTREMONT, |
| By their attorneys, | By his attorneys, |
| /s/ Jay Wolman (by JMA/ as authorized)<br>Marc J. Randazza, BBO# 651477<br>mjr@randazza.com<br>Jay M. Wolman, BBO# 666053<br>jmw@randazza.com<br>RANDAZZA LEGAL GROUP, PLLC<br>30 Western Avenue<br>Gloucester, MA 01930<br>Tel: (978) 801-1776 | /s/ Janelle M. Austin<br>Lauren F. Goldberg (BBO# 631013)<br>Janelle M. Austin (BBO# 666835)<br>KP Law, P.C.<br>  Town Counsel<br>101 Arch Street, 12th Floor<br>Boston, MA  02110<br>(617) 556-0007<br>lgoldberg@k-plaw.com<br>jaustin@k-plaw.com |

**CERTIFICATE OF SERVICE**

I, Janelle M. Austin, certify that the above document will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system, upon notification by the Court of those individuals who will not be served electronically.
/s/Janelle M. Austin

982188/60700/1247